*Etheridge & Etheridge,* for plaintiff.

---

### LANE *v.* IVEY.

HILL, J. This case is controlled by the decision in the case of *Toole* v. *Wiregrass Development Co.,* 142 *Ga.* 57 (82 S. E. 514).

Judgment reversed. All the Justices concur.
JUNE 17, 1915.

Complaint. Before Judge Pendleton. Fulton superior court. June 12, 1914.

*Walter A. Sims,* for plaintiff.